UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIE GREEN,           )
                        )
        Petitioner,     )
                        )
v.                      )   Civil Action No. 04-10360-JLT
                        )
CAROL MECI,             )
                        )
        Respondent.     )

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel for the respondent, Carol Meci.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

_____
Natalie S. Monroe (BBO #562383)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, MA 02108
(617) 727-2200, ext. 2833

Dated: April 1, 2004

### Certificate of Service

I hereby certify that on April 1, 2004, I caused a copy of the above document to be served by first-class mail, postage prepaid, upon the petitioner's counsel, Philip G. Cormier, Esq., Good & Cormier, 83 Atlantic Avenue, Boston, Massachusetts 02110.

_____
Natalie S. Monroe