UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIE GREEN,          )<br>                              )<br>    Petitioner,         )<br>                              )<br>v.                         )<br>                              )<br>CAROL MECI,           )<br>                              )<br>    Respondent.      )<br>                              ) | Civil Action No. 04-10360-JLT |

## ASSENTED-TO MOTION TO EXTEND TIME
## TO RESPOND TO PETITION FOR WRIT OF HABEAS CORPUS

The respondent, by and through her counsel, the Attorney General of the Commonwealth of Massachusetts, hereby requests that the Court extend the time within which she must respond to the Petition for Writ of Habeas Corpus that is the subject of the captioned action. Pursuant to this Court's March 12, 2004 Order, the respondent's answer or other responsive pleading presently is due on or before April 5, 2004. By this motion, the respondent requests an extension to and including May 15, 2004. The petitioner's counsel has assented to the requested extension. As grounds for this motion, the respondent states as follows:

1.     The records relating to the petitioner's underlying state-court convictions are maintained by the Office of the District Attorney for Suffolk County (the "Suffolk DA").

2.     Upon receipt of this Court's Order, the undersigned assistant attorney general promptly caused a request to be made to the Suffolk DA for assembly and production of relevant portions of the underlying state-court record, including, but not limited to, copies of the trial transcripts and post-conviction proceedings. The undersigned counsel has not yet received the state-court records.

3.  Without the relevant records, the respondent cannot meaningfully evaluate threshold defenses under the Antiterrorism and Effective Death Penalty Act (AEDPA), such as whether the petitioner properly exhausted available state-court remedies as required by 28 U.S.C. § 2254(b)(1) and whether the petition is timely filed in accordance with 28 U.S.C. § 2244(d).

4.  The extension sought herein will enable the respondent to compile and evaluate all of the relevant records, and, thereby, be in a position to meaningfully respond to the petition.

5.  Pursuant to **L.R. 7.1(A)(2)**, the undersigned counsel conferred with the petitioner's counsel by telephone on April 1, 2004; the petitioner's counsel agreed to the extension of time.

**WHEREFORE**, the present motion should be allowed and an order should enter allowing the respondent up to and including May 15, 2004 to answer or otherwise respond to the petition.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

Dated: April 1, 2004

Natalie S. Monroe (BBO # 562383)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, MA 02108
(617) 727-2200, x2833

### Certificate of Service

I hereby certify that on April 1, 2004, I caused a copy of the above document to be served by first-class mail, postage prepaid, upon the petitioner's counsel, Philip G. Cormier, Esq., Good & Cormier, 83 Atlantic Avenue, Boston, Massachusetts 02110.

Natalie S. Monroe