UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 JUN 29 P 4: 28

WILLIE GREEN,
      Petitioner,

v.

CAROL MECI, ACTING SUPERINTENDENT, OR HER SUCCESSOR, MASSACHUSETTS CORRECTIONAL INSTITUTION AT SHIRLEY, MASSACHUSETTS,

      Respondent.

Civil Action No. 04-10360-JLT
DISTRICT OF MASS.

### PETITIONER'S ASSENTED TO MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE HIS OPPOSITION TO RESPONDENT'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS

Petitioner Willie Green, by and through undersigned counsel, hereby moves this Court for an enlargement of time of two weeks in which to file his Opposition to the Respondent's Motion to Dismiss, from the present due date of Friday July 2, 2004, to and including Friday, July 16, 2004. Respondent's counsel has assented to this requested extension. The grounds for this motion are as follows:

1. On June 18, 2004, the Respondent filed a motion to dismiss the petition for a writ of habeas corpus.

2. Due to a number of matters and cases which have required undersigned counsel's immediate attention over the past two weeks, including the preparation and filing of an Application for Further Appellate Review in the Supreme Judicial Court in an unrelated case, as well as various court appearances and continuing obligations in other cases, undersigned counsel needs the additional time to evaluate the Commonwealth's motion, to research and prepare the

opposition, and to discuss the opposition with Mr. Green, who is presently incarcerated. Undersigned counsel is also planning to be out of the office during the upcoming July 4th holiday weekend.

    3. Pursuant to L.R.7.1(A)(2), undersigned counsel has conferred by telephone with Respondent's counsel, Assistant Attorney General Natalie Monroe, who has agreed to this enlargement of time.

DATED: June 29, 2004

                            Respectfully submitted,

                            /s/ Philip G. Cormier
                            Philip G. Cormier
                            BBO No. 554515
                            Silverglate & Good
                            83 Atlantic Avenue
                            Boston, MA 02110
                            Tel. 617-523-5933
                            Fax. 617-523-7554

                            ***Counsel for Petitioner Willie Green***

### Certificate of Service

    I, Philip G. Cormier, certify that on this day I caused a true copy of the foregoing motion for enlargement to be served via first class mail, postage prepaid, to Assistant Attorney General Natalie Monroe, Office of the Attorney General, One Ashburton Place, Boston, MA 02108-1598.

DATED: June 29, 2004

                            /s/ Philip G. Cormier
                            Philip G. Cormier

G:\CLIENTS\Green\Federal Habeas\6-29-04motiontoenlargetime.wpd