UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
**WILLIE GREEN,**                   )
        Petitioner,   )   Civil Action No. 04-10360-JLT
                                    )
        v.            )
                                    )
**CAROL MECI,**                     )
                                    )
        Respondent.   )
_____)

### PETITIONER WILLIE GREEN'S ASSENTED TO MOTION FOR A PROPOSED SCHEDULING ORDER

Petitioner Willie Green hereby moves this Court to issue the following proposed order for purposes of scheduling the remaining briefing in this matter.

(1) Respondent shall file a Response to Willie Green's Memorandum of Law in Support of his Petition for Habeas Corpus and his Supplemental Memorandum of Law in Support of his Petition for Habeas Corpus (filed herewith), on or before February 10, 2004.

(2) Petitioner shall file a Reply Memorandum, if any is to be filed, within fourteen (14) days of the filing of Respondent's Response.

On January 7, 2004, undersigned counsel for Petitioner consulted by telephone with Respondent's counsel, Assistant Attorney General Sue Reardon, who indicated that Respondent would need 30 days to file a response, and agreed to the briefing schedule described above.

Petitioner further requests that the Court schedule this matter for oral argument

after briefing has been completed.

DATED: January 10, 2005

               Respectfully submitted,

               /s/Philip G. Cormier_____
               Philip G. Cormier
               BBO#554515

               Good & Cormier
               83 Atlantic Avenue
               Boston, MA 02110
               Tel. 617-523-5933
               Fax. 617-523-7554

               *Counsel for Willie Green*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2005, I caused a copy of the above document to be served by e-mail and first class mail, postage pre-paid, to Assistant Attorney General Susanne Reardon, Office of the Attorney General, One Ashburton Place, Boston, MA 02108-1598.

               /s/Philip G. Cormier_____
               Philip G. Cormier

G:\CLIENTS\Green\Federal Habeas\schedule order mot 1-10-05.doc