UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WILLIE GREEN, | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 04-10360-JLT |
| CAROL MECI, | ) | |
| Respondent. | ) | |

**RESPONDENT'S ASSENTED TO MOTION FOR ENLARGEMENT
OF TIME TO FILE MEMORANDUM IN OPPOSITION TO
PETITION FOR WRIT OF HABEAS CORPUS**

The respondent, with the assent of petitioner's counsel, respectfully moves this Court to enlarge the time in which to file a memorandum in opposition to the habeas corpus petition to February 18, 2005. On January 10, 2005, the petitioner filed an agreed upon scheduling order in which the respondent's opposition was to be due on February 10, 2005.

As grounds for the enlargement, the respondent's attorney states:

1. She recently completed a brief in the First Circuit in Rodriguez v. Spencer, 03-2139 on January 21, 2005, an opposition to a motion for stay of sentence in the Massachusetts Appeals Court on February 3, 2005, and a brief in opposition to a petition for certiorari in the U.S. Supreme Court on February 7, 2005. Undersigned counsel also had to prepare for a hearing in another habeas corpus case on January 24, 2005, in Clements v. Maloney, 03-10377.

2. Due to the lengthy record in this case and the four issues involved, the respondent will require additional time to adequately respond to the petition.

WHEREFOR, the respondent respectfully moves this Court to enlarge the time for filing

2

an opposition on the merits in the above-captioned petition to February 18, 2005. I have spoken with petitioner's counsel and he assented to this extension.

>Respectfully submitted,
>
>THOMAS F. REILLY
>ATTORNEY GENERAL
>
>/s Susanne G. Reardon
>Susanne G. Reardon
>Assistant Attorney General
>Criminal Bureau
>One Ashburton Place
>Boston, Massachusetts 02108
>(617) 727-2200 ext. 2832
>BBO No. 561669

Dated: February 8, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon petitioner's counsel, at the address below on February 8, 2005, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows:

Philip Cormier
Good & Cormier
83 Atlantic Avenue, 3rd Floor
Boston, MA 02110

>/s Susanne G. Reardon
>Susanne G. Reardon
>Assistant Attorney General