**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| WILLIE GREEN, | ) | |
| Petitioner, | ) | **Civil Action No. 04-10360-JLT** |
| v. | ) | |
| CAROL MECI, | ) | |
| Respondent. | ) | |

### PETITIONER WILLIE GREEN'S ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF HIS PETITION FOR WRIT OF HABEAS CORPUS

With the assent of respondent's counsel, petitioner Willie Green moves this Court to enlarge the time in which to file a reply memorandum in support of his petition for habeas corpus to Friday, March 11, 2005. The scheduling order filed in this Court on January 10, 2005 requires Green to reply by Friday, March 4, 2005.

As grounds for the enlargement, the petitioner's attorney states:

1. With Green's assent, respondent requested and received an additional week to file her Memorandum in Opposition to Petition for Writ of Habeas Corpus. The respondent filed that memorandum on Friday, February 18, 2005.

2. On Saturday, February 19, 2005, Attorney Cormier went on vacation with his family. He will return Friday, February 25, 2005.

3. Attorney Cormier requires an additional week to adequately reply to the respondent's Memorandum in Opposition to Petition for Writ of Habeas Corpus.

4. The respondent has assented to this enlargement.

For the reasons above, the petitioner respectfully moves this Court to enlarge the time for filing a reply memorandum on the merits in the above-captioned petition to March 11, 2005.

DATED: February 22, 2005

        Respectfully submitted,

        /Philip G. Cormier/
        Philip G. Cormier
        BBO#554515

        /Matthew P. Zisow/
        Matthew P. Zisow
        BBO#658726
        Good & Cormier
        83 Atlantic Avenue
        Boston, MA 02110
        Tel. 617-523-5933
        Fax. 617-523-7554

        *Counsel for Willie Green*

CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2005, I caused a copy of the above document to be served by first class mail, postage pre-paid, to Assistant Attorney General Susanne G. Reardon, Office of the Attorney General, Criminal Bureau, One Ashburton Place, Boston, MA 02108

DATED: February 22, 2005

/Matthew P. Zisow/
Matthew P. Zisow

G:\CLIENTS\Green\Federal Habeas\enlargement mot 2-22-04.doc