# GOOD & CORMIER
## ATTORNEYS-AT-LAW

83 Atlantic Avenue, Boston, Massachusetts 02110-3711

*Telephone* (617) 523-5933 *Facsimile* (617) 523-7554

**Andrew Good**
Ext. 208, Email: *agood@goodcormier.com*

**Philip G. Cormier**
Ext. 212, Email: *pcormier@goodcormier.com*

**Matthew Zisow**
Ext. 213, Email: *mzisow@goodcormier.com*

*Of Counsel*:
**Harvey A. Silverglate**
Ext. 209, Email: *has@goodcormier.com*

March 25, 2005

Zita Lovett, Clerk to
  The Honorable Joseph L. Tauro
Suite 7110
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Re: <u>Willie Green v. Carol Meci</u>, Civil Action No. 04-10360-JLT

Dear Ms. Lovett:

In connection with the above-captioned matter in which I represent Habeas Petitioner Willie Green, I am writing to let the Court know that the merits of this case have been briefed by both sides, and that Petitioner respectfully requests oral argument on his petition.

By way of background, the substantive pleadings filed in this case are as follows:

On February 23, 2004, Mr. Green filed his habeas petition pursuant to 28 U.S.C. § 2254, along with a supporting Memorandum of Law;

On April 2, 2004, the Court referred the matter to Magistrate Judge Alexander to "[m]ake a recommendation as to summary dismissal under Rule 4 of the Rules for § 2254 and § 2255 cases;"

On June 18, 2004, Respondent filed an Answer and a Motion to Dismiss for alleged lack of exhaustion, to which Petitioner responded on July 16, 2004;

On August 24, 2004, Magistrate Judge Alexander issued Findings and Recommendations in which she recommended that Respondent's Motion to Dismiss be denied;

On September 8, 2004, Respondent filed objections to Magistrate Judge Alexander's Findings and Recommendations, and Petitioner filed a Response to Respondent's objections on September 15, 2004;

On November 27, 2004, Judge Tauro entered an order adopting Magistrate Judge Alexander's Findings and Recommendations, and denied Respondent's Motion to Dismiss;

On January 10, 2005, Petitioner filed a Supplemental Memorandum of Law in Support of his Habeas Petition;

On February 18, 2005, Respondent filed a Memorandum of Law in Opposition to Petitioner's Habeas Petition; and,

On March 11, 2005, Petitioner filed a Reply Memorandum to Respondent's Opposition to Petitioner's Habeas Petition.

\* \* \*

I would greatly appreciate it if you would let Judge Tauro know of the status of this case. Thank you, and please call me if you have any questions.

Sincerely,

Philip G. Cormier

PGC/ps

Cc: Susanne Reardon, Assistant Attorney General,
    Office of the Massachusetts Attorney General

G:\CLIENTS\Green\Federal Habeas\zlovett letter.doc

**GOOD & CORMIER**