UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WILLIE GREEN, | ) | |
| Petitioner, | ) | **Civil Action No. 04-10360-JLT** |
| v. | ) | |
| CAROL MECI, | ) | |
| Respondent. | ) | |

## NOTICE OF PETITIONER WILLIE GREEN'S CUSTODY LOCATION

Pursuant to the Court's April 18, 2005 order, for purposes of arranging for Mr. Green's attendance at the scheduled June 7, 2005 hearing on his petition for habeas corpus, undersigned counsel hereby gives notice that Mr. Green is presently in the custody of the Massachusetts Department of Correction at the Souza-Baranowksi Correctional Center, Harvard Road, Shirley, Massachusetts. The mailing address for the Souza-Baranowski Correctional Center is P.O. Box 8000, Shirley, Massachusetts 01464, and the telephone number is 978-514-6500.

DATED: April 27, 2005

Respectfully submitted,

/s/Philip G. Cormier_____
Philip G. Cormier
BBO#554515

Good & Cormier
83 Atlantic Avenue
Boston, MA 02110
Tel. 617-523-5933
Fax. 617-523-7554

*Counsel for Willie Green*

2

CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2005, I caused a copy of the above document to be served by e-mail and first class mail, postage pre-paid, to Assistant Attorney General Susanne Reardon, Office of the Attorney General, One Ashburton Place, Boston, MA 02108-1598.

/s/Philip G. Cormier_____
Philip G. Cormier

G:\CLIENTS\Green\Federal Habeas\notice of custody location.doc