UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIE GREEN,<br><br>        Petitioner,<br><br>v.<br><br>CAROL MECI,<br><br>        Respondent. | Civil Action No. 04-10360-JLT |

### PETITIONER WILLIE GREEN'S ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON THE PETITION FOR A WRIT OF HABEAS CORPUS

Willie Green, petitioner in the above-captioned matter, hereby moves this Court, with the assent of Assistant Attorney General Susanne G. Reardon, for a seven-day enlargement of time in which to file written objections to the Magistrate Judge's Report and Recommendation on the Petition for a Writ of Habeas Corpus, from the present due date of Friday, January 6, 2005 to Friday, January 13, 2005. The grounds for this motion are as follows:

    1. The Magistrate Judge's Report and Recommendation on the Petition for Writ of Habeas Corpus issued on December 21, 2005.

    2. During the last two weeks in December 2005 and the first week in January, undersigned counsel has had substantial obligations in other cases which have required his immediate attention, including but not limited to preparing pleadings that will be filed within the next two days in the Appeals Court of Massachusetts in an appointed criminal case; assisting co-counsel in trial preparation for a federal criminal trial that is scheduled

to occur in March; and, preparing for a Clerk-Magistrate's Hearing in a motor vehicle homicide case. During this period, undersigned counsel has also taken time off to be with his family during the holidays.

3. Undersigned counsel needs the additional time to properly and thoroughly address the Magistrate Judge's Report and Recommendation and the issues raised therein. The enlargement of time that is being sought is brief.

4. Pursuant to L.R. 7.1(A)(2), undersigned counsel has conferred with Assistant Attorney General Susanne Reardon, who has assented to this motion on behalf of the Respondent.

For all the foregoing reasons, the Court should grant this motion and allow the Petitioner up to and including January 13, 2006 to file written objections to the Magistrate Judge's Report and Recommendation on the Petition for a Writ of Habeas Corpus.

DATED: January 4, 2005

Respectfully submitted,

Philip G. Cormier
BBO#554515
Good & Cormier
83 Atlantic Avenue
Boston, MA 02110
Tel. 617-523-5933
Fax. 617-523-7554

*Counsel for Willie Green*

CERTIFICATE OF SERVICE

    I hereby certify that on January 4, 2006, I caused a copy of the above document to be served by first class mail, postage pre-paid, to Assistant Attorney General Susanne G. Reardon, Office of the Attorney General, Criminal Bureau, One Ashburton Place, Boston, MA 02108

DATED: January 4, 2006

                                                   Philip G. Cormier

G:\CLIENTS\Green\Federal Habeas\objections enlargement mot.doc