# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

 Willie Green
        **Petitioner**

                                                    CIVIL ACTION

        **V.**
                                                    NO.  04-cv-10360  JLT

 Carol Meci
        **Respondent**


## JUDGMENT


   Tauro,   D. J.


        In accordance with the Court's Endorsement dated January 18, 2006, adopting

the Magistrate Judge's Report and Recommendation of December 21, 2005, denying

the Petition for Writ of Habeas Corpus,  it is hereby ORDERED:

                Judgment for the Respondent.



                                        **By the Court,**



 January 18, 2006                       /s/ Kimberly M. Abaid
        **Date**                                **Deputy Clerk**



(R&R Judgment.wpd - 12/98)