UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIE GREEN,  )  | |
| Petitioner,  ) | **Civil Action No. 04-10360-JLT** |
| v.  ) | |
| CAROL MECI,  ) | |
| Respondent.  ) | |

NOTICE OF APPEAL

Willie Green, Petitioner in the above-captioned matter, hereby notices his appeal of the Court's January 18, 2006 Judgment and Order adopting the Magistrate Judge's Report and Recommendation of December 21, 2005, and denying the Petition for a Writ of Habeas Corpus.

Petitioner has filed herewith an Application for a Certificate of Appealability and a Memorandum of Law in support of the Application.

DATED: February 14, 2006

Respectfully submitted,

/s/Philip G. Cormier
Philip G. Cormier
BBO#554515
Good & Cormier
83 Atlantic Avenue
Boston, MA 02110
Tel. 617-523-5933
Fax. 617-523-7554
*Counsel for Willie Green*

2

CERTIFICATE OF SERVICE

      I hereby certify that on February 14, 2006, I caused a copy of the above document to be served by first class mail, postage pre-paid, to Assistant Attorney General Susanne G. Reardon, Office of the Attorney General, Criminal Bureau, One Ashburton Place, Boston, MA 02108.

                                        /s/Philip G. Cormier
                                        Philip G. Cormier

G:\CLIENTS\Green\Federal Habeas\NOTICE OF APPEAL.doc